# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Noah J. McCourt,<br><br>             Plaintiff,<br><br>v.<br><br>Carver County; Carver County Board of Commissioners; and Rod Franks, in his capacity as Director of Carver County Social Services,<br><br>             Defendants. | Case No. 20-CV-1118 (JRT/ECW)<br><br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Noah J. McCourt did not pay the filing fee for this action, instead applying for *in forma pauperis* ("IFP"). As part of the review of that IFP application, this Court examined the complaint filed by McCourt pursuant to 28 U.S.C. § 1915(e)(2)(B). In an order dated June 8, 2020, this Court pointed out several deficiencies in McCourt's complaint — specifically, that McCourt did not appear to have standing to bring many of the claims he included within the complaint, while those claims that McCourt did have standing to bring were not sufficiently pleaded. *See* Dkt. No. 3. McCourt was given 30 days to file an amended pleading, failing which it would be recommended that this action be dismissed without prejudice.

That deadline has now passed, and McCourt has not filed an amended pleading. In fact, McCourt has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with

1

its prior order, that this action be dismissed without prejudice pursuant to § 1915(e)(2)(B). Alternatively, this matter may be dismissed pursuant to Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under § 1915(e)(2)(B) or, alternatively, under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: July 23, 2020                    *s/Elizabeth Cowan Wright*
                                        ELIZABETH COWAN WRIGHT
                                        United States Magistrate Judge

## **NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).

2