UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| NOAH J. MCCOURT, | Civil No. 20-1118 (JRT/ECW) |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, | |
| Defendant. | |

Noah J. McCourt, 684 N. Otsego Street, Saint Paul, MN 55130, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 5, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under § 1915(e)(2)(B) or, alternatively, under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 14, 2020
in Minneapolis, Minnesota at 10:30 AM

                                                                          s/John R. Tunheim\
                                                                          JOHN R. TUNHEIM\
                                                                          Chief Judge\
                                                                        United States District Court